# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-0965

———————————————

SIDNEY J. WHITBY, JR.,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Dixie County.
Jennifer Jones Johnson, Judge.


July 31, 2026

PER CURIAM.

   AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Ryan E. McFarland of Kent & McFarland, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.